

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
OCT - 5 2015
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

TRAVIS BROWN (#543381)           DOCKET NO. 15-cv-2030; SEC. P

VERSUS                            JUDGE TRIMBLE

CORRECTIONS CORPORATION OF        MAGISTRATE JUDGE KIRK
AMERICA, ET AL.

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be and is hereby **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 5th day of October, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE